**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

IT IS SO ORDERED.



Lawrence S. Walter
United States Bankruptcy Judge

Dated: July 1, 2015

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | Case No: 12-35335 |
| Shirley Magee | (Chapter 13) |
| | |
| Debtor | JUDGE LAWRENCE S. WALTER |

T216x8 C

**AGREED ORDER  RESOLVING CHAPTER 13 TRUSTEE'S OBJECTION (Doc. 155) ) and APPROVING MODIFIED PLAN AT BAR**

This matter is scheduled for hearing on June 25, 2015, upon the Chapter 13 Trustee's Objection to Approval of the May 11, 2015 Modified  Plan, filed on May 18, 2015 (Doc. 155) and upon the agreement of the parties,

   IT IS ORDERED that the Debtor's May 11, 2015 Modified  plan is hereby modified to:

1) provide that the Chapter 13 Trustee's Objection to Modified Plan is hereby resolved;

2) provide the debtor is paying an additional $7,200.00 by September 30, 2015, pursuant to the agreed order on resolution of the motion to dismiss (Doc. 157); furthermore, the debtor shall sell the real estate at: 2734 Oxford Avenue within six (6) months of the entry of this order or the Trustee shall submit an order to the Court dismissing this case without further notice or hearing;

3) Debtor may ask for an extension of the deadline if the property is still listed;

and that said modification is hereby approved.

IT IS SO ORDERED.

____/S/_Jeffrey M. Kellner_____
JEFFREY M. KELLNER  #0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com

   /S/  Wayne P Novick
WAYNE P NOVICK  #0030248
ATTORNEY FOR DEBTOR
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459
(937) 436-2606  FAX (937) 436-4602
email: GRATEFULLAWYER2@gmail.com

**Distribution:**
   Default List.

1235335_29_20150630_1245_743/T198_gm
###